■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHIE WILSON, Appellant. [992 NYS2d 897]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order on motion of this Court dated May 16, 1988 (*People v Wilson*, 140 AD2d 1016 [1988]), affirming a sentence of the Supreme Court, Queens County, imposed March 12, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Cohen and Barros, JJ., concur.